UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
GARY LABARBERA and FRANK FINKEL, Trustees of :
Local 282 International Brotherhood of Teamsters Welfare, : 06 CV 376 (ARR)
Pension, Annuity, Job Training and Vacation Sick Leave :
Trust Funds, : NOT FOR
: PUBLICATION
                        Plaintiffs, :
: OPINION AND ORDER
       -against- :
:
R & B SERVICES, INC., :
:
                        Defendant. :
------------------------------------------------------------------ X

ROSS, United States District Judge:

      The court has received the Report and Recommendation on the instant case dated April 21, 2006 from the Honorable Ramon E. Reyes, Jr., United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, the court hereby adopts the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, default judgment is entered against defendant R&B in the amount of $38,907.20, which includes $35,375.95 in statutory damages and $3,531.25 in attorney's fees and costs. Plaintiffs are hereby directed to serve copies of this opinion and order upon defendant at its last known address and to file proof of service with the Clerk of the Court.

      SO ORDERED.

                                                     Allyne R. Ross
                                                     United States District Judge

Dated: May 16, 2006
       Brooklyn, New York

1

SERVICE LIST:

    *Counsel for Plaintiffs:*
    Avram H. Schreiber
    40 Exchange Place, Suite 1300
    New York, NY 10005


    *Defendant:*
    R & B Services, Inc.
    120-78 131st Street
    South Ozone Park, NY 11420


cc:    Magistrate Ramon E. Reyes, Jr.