UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GARY LA BARBERA and FRANK FINKEL,       JUDGMENT
Trustees of Local 282 International Brotherhood of      06-CV- 0376 (ARR)
Teamsters Welfare, Pension, Annuity, Job Training
and Vacation Sick Leave Trust Funds,

                 Plaintiffs,

   -against-

R& B SERVICES, INC.,

                 Defendant.
-----------------------------------------------------------------X

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on May 18, 2006, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., dated April 21, 2006, after a de novo review of the record; and directing the Clerk of Court to enter judgment against defendant R&B Services, Inc., in the amount of $38,907.20, which includes $35,375.95 in statutory damages and $3,531.25 in attorney's fees and costs; it is

       ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., is adopted in its entirety; and that judgment is hereby entered in favor of plaintiffs, Gary La Barbera and Frank Finkel, Trustees of Local 282 International Brotherhood of Teamsters Welfare, Pension, Annuity, Job Training and Vacation Sick Leave Trust Funds, and against defendant, R&B Services, Inc., in the amount of $38,907.20, which includes $35,375.95 in statutory damages and $3,531.25 in attorney's fees and costs.


Dated: Brooklyn, New York
        May 18, 2006

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court